312 Ga. 350
FINAL COPY

S14Y0711. IN THE MATTER OF HUDSON OWEN MADDUX.

PER CURIAM.

The Court having reviewed the notice of compliance submitted by the Office of the General Counsel of the State Bar of Georgia, and it appearing that Hudson Owen Maddux (State Bar No. 465516) has satisfied the conditions for reinstatement as specified by this Court, see *In the Matter Maddux,* 295 Ga. 184 (758 SE2d 313) (2014), it is hereby ordered that Hudson Owen Maddux be reinstated to practice law in the State of Georgia.

*Reinstated. All the Justices concur.*

Decided September 1, 2021.

Reinstatement.

*Paula J. Frederick, General Counsel State Bar, Jenny K. Mittelman, Assistant General Counsel State Bar*, for State Bar of Georgia.